MARTIN BAYER, Appellant, v. WILLIAM J. McLAUGHLIN, as President of Local Union # 1 of the United Association of Plumbers, Gas Fitters, Steam Fitters and Steam Fitters Helpers of the United States and Canada, Respondent.— Action for injunctive relief and damages in connection with certain discipline imposed upon the plaintiff by the defendant Union, as a consequence of his being found guilty of accepting bribes for official action in connection with admitting new members to the Union. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MOE BOTWINICK, Respondent, v. AMERICA DRY CORPORATION, Appellant.— Order granting plaintiff's motion for a reargument and, on reargument, granting plaintiff's motion for summary judgment to the extent of allowing judgment in his favor in the sum of $900 as part of plaintiff's first cause of action; in the sum of $1,226 as part of plaintiff's second cause of action; and in the sum of $241.76 as part of plaintiff's third cause of action, without prejudice to the rights of the plaintiff as to the balance of his claim or the right to continue the said causes of action and to proceed to trial thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CLOTILDE B. CAPOTE, Appellant, v. JOSEPH CAPOTE, Respondent.— Order denying motion to amend final judgment of divorce and to award plaintiff counsel fees and expenses in prosecuting the appeal from the order, reversed upon the law and the facts, with ten dollars costs and disbursements, motion granted, without costs, and plaintiff allowed fifty dollars for counsel fees and expenses and judgment amended so as to provide that defendant shall pay to plaintiff the sum of seven dollars and fifty cents a week, beginning April 10, 1940. The record shows circumstances that require a reversal of the order. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur. Order, to be settled on notice, to provide for the payment of arrears of alimony and the counsel fee and expenses. [See post, p. 1081.]

ROCCO CIOFFOLETTI, an Infant, by MARY CIOFFOLETTI, His Guardian ad Litem, and MARY CIOFFOLETTI, Appellants, v. ALEXANDER E. SCHLICHTING, Respondent. — In an action to recover damages for injuries sustained by the infant plaintiff and for loss of services by his parent, the complaint was dismissed at the close of plaintiffs' case upon the ground that plaintiffs failed to prove that defendant was guilty of negligence. Order and judgment entered thereon reversed on the law and a new trial granted, with costs to appellants to abide the event, on the ground that there is proof from which a jury might find that defendant was guilty of negligence. Contributory negligence upon the part of the infant plaintiff, as to which no question is raised by defendant, is one of fact for a jury. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.